# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
No. 06-213V
Filed: May 9, 2017
Not to be Published

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                    *
ERIC MOXLEY and                     *
JAYNNA MOXLEY, parents              *
of M.M.M., a minor,                 *
                                    *
        Petitioners,                *       Petitioners' Motion for a
                                    *       Decision Dismissing the Petition;
            v.                      *       Insufficient Proof of Causation; Vaccine
                                    *       Act Entitlement; Denial Without Hearing
SECRETARY OF HEALTH AND             *
HUMAN SERVICES,                     *
                                    *
        Respondent.                 *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## DECISION

On March 17, 2006, Eric Moxley and Jaynna Moxley filed a Petition for Vaccine Compensation in the National Vaccine Injury Compensation Program ("the Program"),[1] alleging that M.M.M. was injured by a vaccine listed in the Vaccine Injury Table. *See* § 14. The information in the record, however, does not show entitlement to an award under the Program.

On May 5, 2017, Petitioners moved for a decision dismissing their petition, acknowledging that they will be unable to prove that they are entitled to compensation in the Program.

Accordingly, I conclude from the record in this case that Petitioners have failed to demonstrate either that M.M.M. suffered a "Table Injury" or that M.M.M.'s injury was "actually

---

[1] The Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 *et seq.* (hereinafter "Vaccine Act" or "the Act"). Hereafter, individual section references will be to 42 U.S.C. § 300aa of the Act.

caused" by a vaccination.  **Thus, this case is dismissed.  The Clerk shall enter judgment accordingly.**

**IT IS SO ORDERED.**

<u>s/George L. Hastings, Jr.</u>
George L. Hastings, Jr.
Special Master
